IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRACEY MIRGON**                                                                                **PLAINTIFF**

v.                              CASE NO. 4:23-CV-00546-BSM

**PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE